IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ O.C.

05 MAY 25 PM 2:31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MICHELLE R. MILLNER,

    Plaintiff,

vs.    Civil Action No. 03-cv-2595-Ma

E.I. DuPONT DeNEMOURS, INC.,

    Defendant.

---

### ORDER

This matter having come before the Court, upon consent motion of the parties, by and through their counsel, for a thirty-day extension of the Expert Disclosure Deadlines and the Court finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Consent Motion to Extend the Expert Disclosure Deadlines by thirty days, i.e., up to and including June 15, 2005 for the Plaintiff and July 15, 2005 for the Defendant, is granted.

**ORDERED** this the ____25th____ day of May, 2005.

                        S. Thomas Anderson USMJ
                        U.S. ~~District~~ Judge



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02595 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

J. Michael Brown
WYATT TARRANT & COMBS, LLP
500 W. Jefferson St.
Louisville, KY 40402

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Honorable Samuel Mays
US DISTRICT COURT