IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -7 PM 4: 28
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MICHELLE R. MILLNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-CV-2595-Ma |
| E.I. DuPONT DeNEMOURS, INC. | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE, as evidenced by the signatures of counsel below, the parties advised the Court that this matter has been resolved by agreement. Accordingly, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE SAMUEL H. MAYS
DATE OF ENTRY: June 6, 2003

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-8-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02595 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

J. Michael Brown
WYATT TARRANT & COMBS, LLP
500 W. Jefferson St.
Louisville, KY 40402

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT