UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ulle  D.C.

05 JUN 13 PM 5: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

MICHELLE R. MILLNER,

    Plaintiff,

v.                                              Cv. No. 03-2595-Ma

E.I. DuPONT DeNEMOURS, INC.,

    Defendant.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice, docketed June 8, 2005.

APPROVED: _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 13, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02595 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Stephen D. Wakefield
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

J. Michael Brown
WYATT TARRANT & COMBS, LLP
500 W. Jefferson St.
Louisville, KY 40402

Honorable Samuel Mays
US DISTRICT COURT